MINNIE EACKER et al., Respondents, v. INCORPORATED VILLAGE OF GARDEN CITY, Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

■

GUS GOLDBERG, an Infant, by SAM GOLDBERG, His Guardian ad litem, et al., Plaintiffs, v. AUGUST WAELDIN, INC., et al., Defendants. LIVINGSTON PLASTICS CORPORATION, Defendant and Third-Party Plaintiff-Respondent, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Third-Party Defendant-Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

■

ALBERT W. HERRIGEL, Respondent, v. MAX GREENAN et al., Individually and as Copartners Doing Business under the Name of MARIMAC NOVELTY CO., Appellants.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.